May 16, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

DERRICK TURNER D/B/A NO LIMIT TRANSPORTATION, Appellant

NO. 14-12-00241-CV                          V.

PACKAGE EXPRESS, LP, Appellee

_____

  This cause, an appeal from the judgment in favor of appellee, Package Express, LP, signed December 5, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

  We order appellant, Derrick Turner d/b/a No Limit Transportation, to pay all costs incurred in this appeal.

  We further order this decision certified below for observance.